*Various Chapter 13's*

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79/611

0642245

June 14, 2011

PAY  Exactly Seven Thousand Nine Hundred Forty Five And 99/100 Dollars

$******7,945.99

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑈0642245⑈ ⑆061100790⑆ 8800517495⑈

6/17/11
DEPOSITED TO TREASURY
UNCLAIMED

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
  NEW ORLEANS DIVISION

# 228718    - CL
* * C O P Y * *
 June 17, 2011
   14:38:13


TREASURY REGFUND
Debtor.: VARIOUS CH.13
Amount.:          $7,945.99 CH
Check#.: 642245



Total->   $7,945.99


FROM: SJ BEAULIEU
```

The attached replacements payments for undeliverable distributions exist in the Registry of the court.

Registry Check #642245

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 06-10703 | BURRELL, ALICE JUDY ROBINSON<br>19441 TREGRE ST<br>VACHERIE LA 70090 | 1,640.93 | GUARANTY SAVINGS & HOMESTEAD<br>3798 VETERANS BLVD<br>METAIRIE LA 70002 |
| 07-10341 | WATKINS, LOIS<br>1708 MIDLAND DR<br>THIBODAUX LA 70301 | 748.50 | CITI RESIDENTIAL LENDING<br>PO BOX 769<br>ORANGE CA 92866 |
| 07-10545 | DAVIS, ALVIN NEAL<br>213 APOLLO ST<br>TERRYTOWN LA 70056 | 600.00 | (debtor) |
| 07-10628 | PORTER, MARJORIE<br>2700 SONIAT ST<br>NEW ORLEANS LA 70115 | 99.78 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 07-10889 | BONNER, LESTER<br>6657 HARBOUR VIEW DR<br>NEW ORLEANS LA 70126 | 332.42 | COMEAUX FURITURE<br>ACCOUNTS RETRIEVABLE<br>3830 WILLIAMS BLVD, SUITE D<br>KENNER LA 70065 |
| 08-10127 | PROUT, JOYCE MARIE<br>16038 RUSTIC SANDS DR<br>HOUSTON TX 77084 | 0.32 | CITY OF NEW ORLEANS<br>RM 5E03<br>1300 PERDIDO ST<br>NEW ORLEANS LA 70112 |
| 09-11523 | TURNER, MICHAEL WAYNE<br>TURNER, SANDRA JACKSON<br>APT B<br>60 CARRIAGE LANE<br>DESTREHAN LA 70047 | 309.31 | TNT LENDING LLC<br>SUITE C<br>13202 HWY 90<br>BOUTTE LA 70039 |
| 10-10587 | ROBERTS, VIVIAN ANN<br>40065-A EMERALD DR<br>PONCHATOULA LA 70454 | 52.29 | SANTANDER CONSUMER USA INC<br>PO BOX 560284<br>DALLAS TX 75356 |
| 10-10645 | BELL, ISABELL<br>4044 GLENMERE DR<br>HARVEY LA 70058 | 88.77 | AMERICAN THRIFT & LOAN<br>STE G<br>116 TERRY PARKWAY<br>GRETNA LA 70056 |
| 10-10739 | HAYNES, JOYCELYN W<br>PO BOX 56864<br>NEW ORLEANS LA 70156 | 6.06 | SANTANDER CONSUMER USA INC<br>PO BOX 560284<br>DALLAS TX 75356 |
| 10-11153 | CURTIS, HENRY EVANS JAMES<br>CURTIS, APRIL MONIQUE<br>9300 PALMETTO ST<br>NEW ORLEANS LA 70118 | 530.46 | CITY OF NEW ORLEANS LAWRENCE BLAKE JONES, ESQ<br>SUITE 4100<br>701 POYDRAS ST<br>NEW ORLEANS LA 70112 |

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 10-11153 | CURTIS, HENRY EVANS JAMES<br>CURTIS, APRIL MONIQUE<br>9300 PALMETTO ST<br>NEW ORLEANS LA 70118 | 3,437.15 | CITY OF NEW ORLEANS LAWRENCE BLAKE JONES, ESQ<br>SUITE 4100<br>701 POYDRAS ST<br>NEW ORLEANS LA 70112 |
| 10-12914 | JOHNSON SR, KEVIN D<br>MURRAY, ROBIN L<br>2117 PENISTON ST<br>NEW ORLEANS LA 70115 | 50.00 | AMERICAN THRIFT & FINANCE<br>STE 12<br>2330 LAPALCO BLVD<br>HARVEY LA 70058 |
| 10-13570 | LEE SR, TROY D<br>LEE, CARLEEN F<br>7500 PARRY ST<br>NEW ORLEANS LA 70128 | 50.00 | SCU<br>PO BOX 560284<br>DALLAS TX 75356 |

$7,945.99